In re Bujol, David G. et ah; Arnold, Chris; Beavers, Brett; Ceravolo, Mark A.; Dear, Chad; Desalvo, Philip J.; Doyle, John N. Ill; Guillot, Kevin; Heck, Johnny Lee; Hooks, Lamar Jr.; Huesman, Bryan; Joanos, Allen E.; Klein, Edwin J. Ill; Manix, Edward James III; Meetze, William; Norris, Ken; Richardson, Richard; Roddy, David; Roth, Matthew; Saacks, Henry; West, Alvis H. IV,; Yorsch, Frederick; Young, Ray Jr.; — Plaintiffs; Applying for Writ of Certiorari and/or Review, *118 Parish of Jefferson, 24th Judicial District Court Div. D, No. 546-634; to the Court of Appeal, Fifth Circuit, No. 00-CA-1393.
Denied.
KIMBALL and TRAYLOR, JJ., would grant the writ.